UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHUSANTH LOGANATHAN,<br><br>                          Plaintiff,<br><br>v.<br><br>JEREMY CASEY,<br><br>                       Defendants. | Case No.: 26-cv-3990-BJC-VET<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On July 10, 2026, Petitioner Mathusanth Loganathan filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  On July 17, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 4.  On July 31, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 9 at 2.

Having reviewed the pleadings, the Court **GRANTS** the petition for a writ of habeas corpus.  Respondents shall immediately release Petitioner under the previously imposed conditions, as ordered by the Immigration Judge on June 12, 2024, when the Immigration Judge granted Petitioner withholding of removal and ordered his release.  ECF No. 7 at 2. The Clerk of Court shall close this matter.

    **IT IS SO ORDERED**.

Dated:  August 13, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3990-BJC-VET